**IN RE Larry Sinclair WILLIAMS,
Petitioner.**

No. 14–1982.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Larry Sinclair Williams, Petitioner Pro
Se.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Larry Sinclair Williams petitions for a
writ of mandamus, alleging that the dis-
trict court has unduly delayed in ruling on
his motion for a reduction of sentence un-
der 18 U.S.C. § 3582(c)(2) (2012). He
seeks an order from this court directing
the district court to act. We find the
present record does not reveal undue de-
lay in the district court. Accordingly, we
grant leave to proceed in forma pauperis
and deny the mandamus petition. We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*